IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SUSAN P. HOLLENBECK, | )<br>) |
| Plaintiff, | ) Civil Action No. 7:19CV00676<br>) |
| v. | ) **ORDER**<br>) |
| EMMANUEL TRIKILIS and<br>ELITE CONTRACTORS, INC., | ) By: Hon. Glen E. Conrad<br>) Senior United States District Judge<br>) |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's response to the notice of removal (Dkt. No. 12), which the court construes as a motion to remand, is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 21st day of February, 2020.

_____
Senior United States District Judge